STEVENS, O'CONNELL & JACOBS LLP
GEORGE L. O'CONNELL (74037)
CRAIG C. ALLISON (159437)
400 Capitol Mall, Suite 1400
Sacramento, California 95814
Telephone:  (916) 329-9111
Facsimile:  (916) 329-9110

Attorneys for Defendant
Lawrence Sambado

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>v.<br><br>LAWRENCE SAMBADO,<br><br>      Defendant.<br><br>AND RELATED CASES. | CASE NO.     2:08-CR-0139 GEB<br><br>Related Case No. 2:08-CR-0140 GEB<br>                       2:08-CR-0141 GEB<br>                       2:08-CR-0142 GEB<br>                       2:08-CR-0143 GEB<br><br>**[PROPOSED] ORDER RE STIPULATION RECOMMENDING A CHANGE IN DESIGNATION FOR DEFENDANT LAWRENCE SAMBADO** |

Based on the Stipulation Recommending a Change in Designation for Defendant Lawrence Sambado filed on December 18, 2008, the Court hereby recommends that the Bureau of Prisons re-designate Mr. Sambado's place of incarceration from the camp facility at Atwater to the camp facility at Lompoc to the extent such re-designation accords with security classification and space availability at the Lompoc Camp.

Dated: 12/19/08

_____
HON. GARLAND E. BURRELL

1

[PROPOSED] ORDER STIPULATION FOR CHANGE OF DESIGNATION