STEVENS, O'CONNELL & JACOBS LLP
GEORGE L. O'CONNELL (74037)
CRAIG C. ALLISON (159437)
400 Capitol Mall, Suite 1400
Sacramento, California 95814
Telephone:  (916) 329-9111
Facsimile:  (916) 329-9110

Attorneys for Defendant
Beverly Sambado

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, Plaintiff, v. BEVERLY SAMBADO, Defendant. | CASE NO.    2:08-CR-0140 GEB<br><br>Related Case No.:  2:08-CR-0139 GEB<br>2:08-CR-0141 GEB<br>2:08-CR-0142 GEB<br>2:08-CR-0143 GEB<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING SELF-SURRENDER DATE OF BEVERLY SAMBADO** |
|---|---|

For the reason indicated below, Defendant Beverly Sambado and Plaintiff, the United States of America, through their undersigned counsel, hereby stipulate and request that the date on which Ms. Sambado is required to self-surrender to the Bureau of Prisons ("BOP") be continued from August 17, 2009 to August 31, 2009.

On April 3, 2009, this Court entered Judgment against Beverly Sambado and ordered that Ms. Sambado surrender for service of her sentence at the institution designated by the Bureau of Prisons ("BOP") on or before 2:00 p.m. on August 17, 2009.  The BOP, on the Court's recommendation, designated the camp facility at Dublin, California for Ms. Sambado.

Following sentencing, as this Court and the government were previously informed, Ms. Sambado underwent double knee replacement surgery on April 13, 2009.  Since the surgery, Ms. Sambado has participated in frequent rehabilitation services and has regularly performed the

prescribed exercises as part of her ongoing recovery.  While her rehabilitation and recovery have progressed satisfactorily, as of the filing of this Stipulation and Proposed Order, Ms. Sambado still needs near constant supervision, and is unable to lift herself from a chair without the assistance of another person.

For this reason, the parties hereby stipulate and request an order of this Court continuing Ms. Sambado's self-surrender date by two weeks, from August 17, 2009 to August 31, 2009.  Ms. Sambado (and her physician) believe that such a two-week postponement would provide her additional needed time to continue the rehabilitation process from her surgery, and would allow her to recover to a condition where she will be sufficiently mobile and self-sufficient when she commences her term of confinement.

Dated:  August 10, 2009          STEVENS, O'CONNELL & JACOBS LLP


                                 By:    /s/ Craig C. Allison
                                        CRAIG C. ALLISON
                                        Attorneys for Defendants Beverly Sambado


Dated:  August 10, 2009          UNITED STATES ATTORNEY


                                 By: /s/ Benjamin B. Wagner (as authorized on 8/10/09)
                                        BENJAMIN B. WAGNER
                                        Attorneys for Plaintiff
                                        United States of America

## ORDER

Based on the foregoing Stipulation Continuing Self Surrender Date of Beverly Sambado in the above-referenced case, and for good cause showing, the Court hereby orders that the date on which Ms. Sambado is required to self-surrender to the Bureau of Prisons ("BOP") be continued from August 17, 2009 to August 31, 2009.

IT IS SO ORDERED.

Dated: 8/11/09

                                 GARLAND E. BURRELL, JR.
                                 United States District Judge