UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

Honorable Garland E. Burrell, Jr.
United States District Judge
Sacramento, California

RE: Lawrence SAMBADO
Docket Number: 2:08CR00139-01
PERMISSION TO TRAVEL
OUTSIDE THE COUNTRY

Your Honor:

The releasee is requesting permission to travel to Barbados. He is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:** On October 17, 2008, Mr. Lawrence Sambado was sentenced for the offense of 26 USC 7206(1) - Making and Subscribing to a False Tax Return.

**Sentence imposed:** 6 months custody in the Bureau of Prisons; 12 months Supervised Release; $30,000 Fine; $100 Special Assessment; $1,362.33 Bill of Costs. **Special Conditions:** Warrantless search; Financial disclosure; 150 days home detention.

**Dates and mode of travel:** Mr. Sambado desires to travel on the following dates: March 21, 22, 30, and 31, 2010. The travel mode and plans have been explained to the Judge Burrell.

**Purpose:** Family vacation.

**RE:    Lawrence SAMBADO**
        **Docket Number:  2:08CR00139-01**
        **PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**

Respectfully Submitted,

/s/ Kris M. Miura
**KRIS M. MIURA**
United States Probation Officer

**DATED:**    March 3, 2010
              Elk Grove, California
              KMM/cj

**REVIEWED BY:**    /s/ Deborah A. Spencer
                    **DEBORAH A. SPENCER**
                    **Supervising United States Probation Officer**

---

**ORDER OF THE COURT:**

**Approved      X                        Disapproved** _____

**Dated:  March 8, 2010**

[signature]
**GARLAND E. BURRELL, JR.**
**United States District Judge**