UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

Honorable Garland E. Burrell, Jr.
United States District Judge
Sacramento, California

                            RE:    Lawrence SAMBADO
                                     Docket Number:  2:08CR00139-01
                                     PERMISSION TO TRAVEL
                                     OUTSIDE THE COUNTRY

Your Honor:

The releasee is requesting permission to travel to China.  He is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:**  On October 17, 2008, Mr. Lawrence Sambado was sentenced for the offense of 26 USC 7206(1) - Making and Subscribing to a False Tax Return.

**Sentence imposed:**  6 months custody in the Bureau of Prisons; 12 months Supervised Release; $30,000 Fine; $100 Special Assessment; $1,362.33 Bill of Costs.  **Special Conditions:**  Warrantless search; Financial disclosure; 150 days home detention.

**Dates and Mode of Travel:**  On June 27, 2010, Mr. Sambado will depart for China and return on July 11, 2010.

**Purpose:**  Vacation and business.

**RE:     Lawrence SAMBADO**
        **Docket Number:  2:08CR00139-01**
        <u>**PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**</u>

Respectfully Submitted,

/s/ Kris M. Miura
**KRIS M. MIURA**
**United States Probation Officer**

**DATED:**     June 16, 2010
            Elk Grove, California
            KMM/cj

**REVIEWED BY:**     /s/ Deborah A. Spencer
            **DEBORAH A. SPENCER**
            **Supervising United States Probation Officer**

---

**ORDER OF THE COURT:**

**Approved**     X                    **Disapproved** _____

Dated:  June 18, 2010

[signature]
GARLAND E. BURRELL, JR.
United States District Judge